IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| SALVADOR MUNOZ, | ) | CASE NO. 7:06CV5008 |
| Plaintiff, | ) | |
| v. | ) | MEMORANDUM |
| | ) | AND ORDER |
| UNION PACIFIC RAILROAD COMPANY, | ) | |
| Defendant. | ) | |

This matter is before the Court on the Motion to Continue Deadline to Respond to Defendant's Motion for Summary Judgment (Filing No. 34), filed by the Plaintiff, Salvador Munoz ("Munoz"). The Defendant, Union Pacific Railroad Company ("Union Pacific"), filed its Motion for Summary Judgment on May 18, 2007 (Filing No. 32). At this point, the deadline for Munoz to respond to Union Pacific's Motion for Summary Judgment is June 11, 2007. On May 29, 2007, Munoz filed its Motion to Continue Deadline to Respond to Union Pacific's Motion for Summary Judgment, requesting an extension until June 18, 2007, or June 25, 2007 (Filing No. 34). On May 29, 2007, Union Pacific filed its opposition to Munoz's request for an extension of time (Filing No. 35). After reviewing Munoz's motion and Union Pacific's response, I find that no good cause to grant Munoz's motion.

IT IS ORDERED:

1. The Motion to Continue Deadline to Respond to Defendant's Motion for Summary Judgment filed by the Plaintiff, Salvador Munoz, (Filing No. 34) is denied;

2. Plaintiff's response to Defendant's Motion for Summary Judgment is due on or before June 11, 2007; and

3.    Defendant's Reply Brief is due on or before June 18, 2007.

Dated this 29th day of May, 2007.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge