IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SALVADOR MUNOZ,               )<br>                                               )<br>            Plaintiff,                )<br>                                               )<br>    vs.                                   )<br>                                               )<br>UNION PACIFIC RAILROAD  )<br>COMPANY,                           )<br>                                               )<br>            Defendant.             ) | Case No. 7:06CV5008<br><br>**ORDER** |

　　Upon notice of settlement given to the magistrate judge by Kathleen Neary, counsel for Plaintiff,

**IT IS ORDERED:**

　　1. On or before **July 11, 2007,** the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) and shall submit to District Judge Laurie Smith Camp, at smithcamp@ned.uscourts.gov, a draft order which will fully dispose of the case;

　　2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice; and

　　3. The final pretrial conference set for July 23, 2007, is cancelled upon the representation that this case is settled.

　　Dated this 11th day of June 2007.

　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　s/ F.A. Gossett
　　　　　　　　　　　　　　　　　　United States Magistrate Judge