IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| SALVADOR MUNOZ, | ) | CASE NO. 7:06CV5008 |
| Plaintiff, | ) ) ) | |
| v. | ) ) | ORDER OF DISMISSAL |
| UNION PACIFIC RAILROAD COMPANY, | ) ) ) | |
| Defendant. | ) ) | |

This matter is before the Court on the Joint Stipulation for Dismissal with Prejudice. The Court finds that the stipulation complies with the requirements of Fed. R. Civ. P. 41(a)(1)(ii) and should be granted. Accordingly,

IT IS ORDERED:

1. The Joint Stipulation for Dismissal (Filing No. 38) is approved, and the relief requested therein is granted;

2. All pending motions, specifically including the Defendant's motion for summary judgment (Filing No. 32) are denied as moot;

3. The Complaint and all claims asserted in this matter are dismissed with prejudice; and

4. The parties shall pay their own costs and attorney fees unless otherwise agreed in writing by and between them.

DATED this 6th day of July, 2007.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge